UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NATHANIEL ARTHUR DOSS,<br>TDCJ-CID #1106809 | § § § § | |
| v. | § | C.A. NO. C-07-194 |
| NATHANIEL QUARTERMAN, ET AL. | § § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CERTAIN CLAIMS AND TO RETAIN ACTION

The United States Magistrate Judge filed her Memorandum and Recommendation on July 26, 2007 (D.E. 13). Neither party filed objections. When no timely objection is filed, the Court need only satisfy itself that there is no "clear error" on the face of the record in order to accept the Magistrate Judge's recommendation. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir.1996) (citing FED. R. CIV. P. 72(b) advisory committee's note (1983)).

Having reviewed the pleadings and motions on file, the Court finds no clear error in the Magistrate Judge's recommendation. The Court accepts the Magistrate Judge's recommended decision and DISMISSES with prejudice plaintiff's claims against Nathaniel Quarterman for failure to state a claim. The Court RETAINS plaintiff's Eighth Amendment

claims against the remaining defendants identified in the Magistrate Judge's Memorandum and Recommendation.

ORDERED this __17__ day of __Sep__, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE